IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELINA KHARCHENKO<br>　　　　Plaintiff,<br>v.<br>WT RAND TRANSPORT, LLC and<br>WT RAND LOGISTICS, LLC<br>　　　　Defendants. | CIVIL ACTION NO. 22-1421 |

## SCHEDULING ORDER

**AND NOW,** this 13th day of September 2022, after a Rule 16 conference with counsel for the parties, the Court hereby enters the following Scheduling Order to govern further proceedings in this case:

1. Parties may add or drop claims or parties on or before **October 1, 2022** without leave of Court.

2. Fact discovery shall be completed on or before **February 15, 2023.**

3. Plaintiff's expert reports, if any, shall be served on Defendant on or before **February 15, 2023.**

4. Defendant's responsive reports, if any, shall be completed and served on Plaintiff on or before **March 17, 2023**.

5. Expert discovery shall be completed on or before **April 17, 2023**.

6. With the agreement of the parties through counsel, the case is referred to Magistrate Judge Carol Sandra Moore Wells for a settlement conference on **February 9, 2023 at 10:00 a.m**.[1] Judge Wells's Chambers will provide

---

[1] The parties, with permission from Magistrate Judge Wells, may modify the settlement conference date by up to 14 days without seeking permission from this Court.

connection information. The parties and/or persons with full authority to settle

<u>must</u> participate unless excused in advance by Judge Wells.

7. All dispositive motions shall be filed on or before **May 15, 2023**. Judge Rufe's Policies and Procedures for Summary Judgment will **not** apply in this case and the parties should instead follow Federal Rule of Civil Procedure 56.

It is so **ORDERED.**

                                           **BY THE COURT:**

                                           /s/Cynthia M. Rufe

                                           _____
                                           **CYNTHIA M. RUFE, J.**