# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELINA KHARCHENKO | : | CIVIL ACTION |
| v. | : | |
| WT RAND TRANSPORT, LLC | : | NO. 22-cv-1421 |

**O R D E R**

AND NOW this 31st day of January 2023, it is hereby **ORDERED** that the settlement conference in the above-captioned matter has been rescheduled to March 6, 2023, at 10:00 a.m. All parties necessary to settle the case or delegate(s) with full authority must participate in this conference, unless excused by this court in advance.

Instructions for video\telephonic conferencing will follow.

BY THE COURT:

/s/Carol Sandra Moore Wells
CAROL SANDRA MOORE WELLS
UNITED STATES MAGISTRATE JUDGE