# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA KHARCHENKO | : | |
|        PLAINTIFF, | : | CIVIL ACTION –LAW |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| WT RAND TRANSPORT, LLC | : | |
| | : | NO:  2:22-CV-01421-CDJ |
| AND | : | |
| | : | |
| WT RAND LOGISTICS, LLC | : | |
| | : | |
|        DEFENDANTS. | | |

### CORRECTIVE WITHDRAWAL OF APPEARANCE

Kindly substitute this Corrective Withdrawal of Appearance for the Withdrawal of Appearance filed on February 2, 2023.  The original withdrawal of appearance was incorrectly filed by Fellerman & Ciarimboli Law PC, with the electronic signature of Michael J. O'Neill.  Michael J. O'Neill is no longer employed by Fellerman & Ciarimboli Law PC, and his appearance is withdrawn.

Edward J. Ciarimboli, Esq. of Fellerman & Ciarimboli Law, PC shall remain counsel of record for Plaintiff.

        Respectfully submitted,

        **FELLERMAN & CIARIMBOLI LAW, P.C.**

        By: _____
        Edward J. Ciarimboli, Esq.

Date: February 10, 2023