IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELINA KHARCHENKO<br>**Plaintiff,**<br>v.<br>WT RAND TRANSPORT, LLC<br>**Defendant.** | CIVIL ACTION NO. 22-1421 |

## ORDER

**AND NOW,** this 15th day of February 2023, upon consideration of correspondence from Michael O'Neill, Esq. submitted on this date, it is hereby **ORDERED** that Michael O'Neill, Esq. is directed to submit to chambers by email (to Chambers_of_Judge_Cynthia_M_Rufe@paed.uscourts.gov) a letter outlining the circumstances of his withdrawal of appearance and requesting re-entry of his appearance. Michael O'Neill, Esq. shall also send a copy of his written request to Plaintiff Angelina Kharchenko, Edward Ciarimboli, Esq., and Gregory E. Fellerman, Esq. at Fellerman & Ciarimboli Law PC.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**