IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELINA KHARCHENKO, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| | : | NO. 2:22-cv-01421 |
| v. | : | |
| | : | |
| WT RAND TRANSPORT, LLC and WT | : | |
| RAND LOGISTICS, LLC, | : | |
| | : | |
| Defendants. | : | |

NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT:**

Kindly note the below appearance of Michael J. O'Neill, Esquire on behalf of Plaintiff, Angelina Kharchenko in the above-captioned matter.

Respectfully submitted,

BY:    */s/ Michael J. O'Neill, Esquire*
Michael J. O'Neill, Esquire
*Attorney for Angelina Kharchenko*
Attorney I.D. No.: 82191
1002 Garrett Mill Road
Newtown Square, PA 19073
E-Mail: mjo@theoneillfirm.com
Phone:  (215) 776-5070

Date: February 27, 2023

<u>CERTIFICATE OF SERVICE</u>

I, Michael J. O'Neill, Esquire, counsel for Plaintiff Angelina Kharchenko, hereby certify that a true and correct of the foregoing **Notice of Appearance of Michael J. O'Neill, Esquire** was served upon all counsel of record, via e-filing.

BY:   */s/ Michael J. O'Neill, Esquire*
Michael J. O'Neill, Esquire
*Attorney for Angelina Kharchenko*
Attorney I.D. No.: 82191
1002 Garrett Mill Road
Newtown Square, PA 19073
E-Mail: mjo@theoneillfirm.com
Phone:  (215) 776-5070

Date: February 27, 2023