

March 28, 2023

**VIA ECF**

Honorable Cynthia M. Rufe
U.S. District Court for Eastern District of Pennsylvania
12614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

      Re: *Kharchenko v. WT Rand Transport, LLC*—No. 2:22-CV-01421

Dear Judge Rufe:

      This office represents Proposed Intervenor Fellerman & Ciarimboli Law, PC in the above-referenced matter.

      On March 2, 2023, Fellerman & Ciarimboli moved for leave to intervene in this personal injury action for the limited purpose of asserting a charging lien against the proceeds of any settlement or judgment in favor of its former client, Plaintiff Angelina Kharchenko. (ECF 28.) On the same date, Fellerman & Ciarimboli filed a supporting brief (ECF 28-3), together with the Motion for Approval of Charging Lien (ECF 28-1) which Fellerman & Ciarimboli would file if allowed to intervene. No party has filed any opposition to the motion for leave to intervene. The deadline to file an opposition brief expired on March 16, 2023.

      The docket in this action reflects that settlement discussions are ongoing.

      Pursuant to Local Rule 7.1(c), Fellerman & Ciarimboli respectfully requests that its motion for leave to intervene for the limited purpose of asserting a charging lien be granted as uncontested.

                                          Respectfully,

                                          Donna A. Walsh

DTB:cak
cc:    Michael J. O'Neill, Esquire (via ECF)
        John J. Delaney, IIII, Esquire (via ECF)
        Andrew P. Campbell, Esquire (via ECF)

425 Spruce Street, Suite 200 • Scranton, PA 18503   |   240 North Third Street, 5th Floor • Harrisburg, PA 17101
P: 570-342-6100 • F: 570-342-6147   |   P: 717-553-6251

www.mbklaw.com