IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANGELINA KHARCHENKO, | : |
| Plaintiff, | : |
| v. | : NO. 2:22-CV-01421-CMR |
| WT RAND TRANSPORT, LLC and WT RAND LOGISTICS, LLC, | : ELECTRONICALLY FILED |
| Defendants. | : |

## STIPULATION TO EXTEND TIME TO RESPOND

The parties stipulate and agree, subject to the Court's approval, to extend by seven (7) days until May 30, 2024 the deadline for Fellerman & Ciarimboli Law, P.C. to file its opposition to Proposed Intervenor Bochetto & Lentz, P.C.'s Motion To Intervene and for Reconsideration of Court's Entry of Stipulated Order. This brief extension is necessitated by a death in the family of counsel for Fellerman & Ciarimboli Law, P.C.

Respectfully submitted:

/s/ Donna A. Walsh
Daniel T. Brier
Donna A. Walsh
Attorneys for Fellerman &
Ciarimboli Law, PC
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

Date: May 23, 2024

/s/ Gavin P. Lentz
Gavin P. Lentz
Albert M. Belmont, III
Attorneys for Proposed Intervenor,
Bochetto & Lentz, P.C.
Bochetto & Lentz, P.C.
1524 Locust Street
Philadelphia, PA 19102

BY THE COURT:

/s/ Lynne A. Sitarski
_____
LYNNE A. SITARSKI, USMJ