# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANGELINA KHARCHENKO,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 22-CV-01421 |
| | : | |
| **WT RAND TRANSPORT, LLC** and | : | |
| **WT RAND LOGISTICS, LLC,** | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this ___25TH___ day of November, 2024, upon consideration of non-party Bochetto & Lentz, P.C.'s Motion to Intervene and for Reconsideration of the Court's Entry of the Stipulated Order Dated April 30, 2024 (ECF No. 51), Intervenor Fellerman & Ciarimboli Law, P.C.'s response in opposition (ECF No. 54), and for the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

BY THE COURT:

   /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge